**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**MATTER OF:**
**MILTON E. SOSA TORRES**                    **CASE NO. 11-04439 ESL**

**DEBTOR**                                                **CHAPTER 13**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**APPLICATION FOR ORDER APPROVING EMPLOYMENT**
**OF PROFESSIONAL PERSON PURSUANT**
**SECTION 327 OF THE BANKRUPTCY CODE**
**AND BANKRUPTCY RULE 2014(A)**

**TO THE HONORABLE COURT**:

**COMES NOW**, the Debtor in the above-captioned case, through the undersigned attorney and respectfully **ALLEGES** and **PRAYS:**

1. Debtor desires to employ Enid T. Méndez Rivera, Esquire, as special counsel pursuant 11 U.S.C. § 327(e) to represent him in a complaint that was filed before the beginning of this bankruptcy proceeding in the First Instance Court, Bayamón Part, Milton Sosa Torres vs Caribe Freight Forwarding of Puerto Rico, Inc. (Copy of the complaint attached).

2. The facts giving rise to the need for employment is that Enid T. Méndez Rivera has been the trial lawyer representing the debtors in the case and he is truly competent for performing his duties as counsel.

3. The professional services to be rendered is to represent debtor in the complaint, litigate the case and in the trial.

4. Enid T. Méndez Rivera, Esq. has no connection with the debtor, creditors, or the respective attorneys, either of said debtors or for such creditors said counsel represents no interest adverse to debtor, Trustee of the estate herein.

5. The employment of said proposed counsel as special attorney would be in the best interest of the estate.

6. The proposed compensation of said attorney is incorporated in a legal services contract that was made on April 15, 2008 (copy of the contract attached).

7. Attached to this Application is a Curriculum Vitae of Enid T. Méndez Rivera and Verified Statement pursuant to LBR 2014.

**Wherefore**, Debtor prays for an order authorizing to retain Enid T. Méndez Rivera, Esq., as special counsel to represent debtor in the case filed in the First Instance Court of Bayamón, Puerto Rico, Case No. DDP2008-0340 by the terms and conditions ordered by this Honorable Court.

**I hereby certify** that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 13 Trustee, Alejandro Oliveras at aor341@ch13sju.com, by depositing true and correct copies thereof in the United States Mail, to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

In Arecibo, Puerto Rico, this 20th day of September, 2013.

/s/Félix M. Zeno Gloró
**FELIX M ZENO GLORO**
**USDC 124212**
**PO BOX 1945 ARECIBO PR 00613**
**TEL 879-1760 FAX 880-2756**
**tribunal@zenogloro.com**

UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF PUERTO RICO

IN THE MATTER OF:
MILTON SOSA TORRES

CASE NO 11-04439 ESL

**DEBTOR**

**CHAPTER 13**

===================================================

## VERIFIED STATEMENT
## PURSUANT TO LOCAL RULE 2014

I, Enid T. Mendez Rivera, of legal age, married, lawyer and resident of Vega Alta, Puerto Rico declare and state as follows:

That I Enid T. Mendez Rivera, Esq., am the proposed counsel named in the herein Application. I am duly licensed to practice law in the Commonwealth of Puerto Rico.

My offices are located at M&R Professional Offices 700 Carr. Num. 2 Suite 101, Vega Alta, Puerto Rico. The practice of the office is entirely devoted to civil matters.

The Law Offices of Enid T. Mendez Rivera and my employees do not have any relation with the Debtors, creditors, the Trustee or any party in interest, their attorneys or accountants, the Office of the United States Trustee or any of its employees which would bar them from acting as counsel for the Debtors.

I know of no reason why I cannot faithfully discharge my duties as counsel for the applicant herein or should no be considered a disinterested party within the meaning of Section 101 (14) and 327 of the Bankruptcy Code. My firm has no agreement to share compensation with any other person.

The proposed compensation for my services is incorporated in a legal services contract that was made on April 15, 2008 (Copy of the contract attached).

I hereby certify that a true copy of the Verified Statement has been sent to the U.S. Trustee, Ochoa Building, 500 Tanca St. Suite 301, San Juan, Puerto Rico 00901-1922 and to Alejandro Oliveras Rivera, PO Box 9024062, San Juan PR 00902-4062.

## CERTIFICATION

I, __Enid T. Mendez Rivera__, certify under penalty of perjury that I have drafted the above document and that the statement made herein are true and correct to the best of my knowledge, information belief.

In Vega Alta, Puerto Rico, this ___ day of August, 2013.

ENID MENDEZ RIVERA
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
TEL/FAX: 787-270-1966
email: enid.mendez mendezrivera.com

Affidavit # --127--

Sworn and subscribed to before me by Enid T. Mendez Rivera, social security number XXX-XX-XXXX, married lawyer and resident of Vega Alta, Puerto Rico, whom I personally know.

In Vega Alta, Puerto Rico, today 5, of August, 2013.




**NOTARY PUBLIC**

# Contrato de Servicio

Se establece un contrato de servicios legales entre MILTON SOSA TORRES y MENDEZ RIVERA LAW OFFICES, a través de la LCDA. ENID MÉNDEZ RIVERA. El servicio consiste en representación legal en Demanda de Daños y Perjuicios. El cliente pagará $500.00, por los gastos de radicación, más $41.00, por sellos, emplazamientos y cualquier otro gasto que pueda surgir en el proceso. Por concepto de honorarios pagará el veinticinco por ciento (25%) de indemnización por la Demanda de Daños y Perjuicios.

En Vega Alta, Puerto Rico, al día de hoy, 15 de abril de 2008.

_____
MILTON SOSA TORRES

_____
LCDA. ENID MÉNDEZ RIVERA
ABOGADO NOTARIO

MENDEZ RIVERA LAW OFFICES, P.S.C.
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
Tel./Fax: (787)270-1966

27 de junio del 2013.

## RE: MILTON SOSA TORRES vs. Caribe Freigth Forwarding
## Case No. DDP2008-034

El Sr. Milton Sosa Torres, con Seguro Social \*\*\*-\*\*-5156, casado con Cynthia Cáceres, mayor de edad, quien ocupaba el puesto de "Mail Handler", para United States Postal Services, y con dirección física y postal en la Urbanización Santa Rita, Calle 4, Número C-33, Vega Alta, PR 00692. El 22 de agosto de 2006, el Sr. Milton Sosa Torres, se encontraba descargando un vagón, con número "APLU 458673", en la zona de desembarque en el área de manejo y distribución de materiales del United States Postal Services en Cataño, Puerto Rico. El vagón estaba registrado a nombre de Caribe Worldwide, ubicado en la Carretera 110, Kilómetro 1.6, Barrio Arenales, en Aguadilla, Puerto Rico.

Mientras el Sr. Sosa Torres, manejaba la carga con el montacargas, el neumático izquierdo, el piso cede cayendo a un hueco y haciendo una sólida caída que se refleja en un agudo dolor en la parte baja de su espalda y que se extendía a través de su pierna izquierda. Como consecuencia del mismo recibió lesiones físicas. Desde entonces ha tenido que visitar a su médico en múltiples ocasiones y ha recibido tratamiento y atención médica por los golpes recibidos que lastimaron su espalda, espalda baja y pierna izquierda, teniendo que ser sometido a tratamiento de antibióticos, anti-inflamatorios, y terapias físicas.

Fue radicado caso numero DDP2008-0340 en el Tribunal de Primera Instancia, Sala de Bayamón. Fue contratada la Lcda. Enid T. Mendez Rivera RUA # 15507, con oficinas en Carretera #2, suite 101 en Vega Alta, PR. El caso ha sido trabajado desde 2009 al presente y fue trabajado en dos etapas la primera extrajudicialmente y la



**MENDEZ RIVERA LAW OFFICES, P.S.C.**
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
Tel./Fax: (787)270-1966

segunda extrajudicialmente. Los honorarios pactados y contratados entre el Sr. Sosa Torres, y la Licenciada Mendez Rivera fueron el 25% de la totalidad compensación a recibirse.

También fue preparado informe pericial por el **Dr. José Suárez Castro**, con dirección en Clínicas Las Américas, Suite 406, Avenida Roosevelt #400, Hato Rey, PR 00918. El informe pericial evidencio 4 % de incapacidad total del Sr. Sosa Torres, debido a este accidente. El 25 de junio del presente se ha realizado oferta transaccional del caso por la cantidad de $30,000.00.

**Méndez Rivera Law Offices, P.S.C. TIME SHEET**
**Gestiones del caso:**

Contrato y cartas de autorización
Comunicaciones escritas
Reclamación extrajudicial
Envío y tramitación de evaluación de expedientes médicos
Radicación de demanda en los Tribunales de PR
descubrimiento de prueba
Interrogatorio
Dos deposiciones de tres horas aproximadamente
Reuniones con abogados
Preparación de Informe de Manejo de Caso al Tribunal
Envío y tramitación de evaluación de expedientes médicos
Reunión de evaluación de caso con Perito medico
Evaluación de Informes médicos
Envío y cumplimiento de órdenes de descubrimiento de prueba
Cumplimiento de órdenes judiciales sobre nueva evaluación medica
Reevaluación de Informe pericial
Informe Preliminar entre abogados
Reunión de evaluación de informe preliminar con abogados
Transacción del caso

MENDEZ RIVERA LAW OFFICES, B.S.C.
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
Tel./Fax: (787)270-1966

**Detalles**

I. **CARTAS EXTRAJUDICIALES**
   - Carta Extrajudicial a Real Legancy Assurances, a la Sra. Irismari Rondán Díaz, por correo certificado.
   - Carta a Adjusters Inc, del día 8 de diciembre del 2006.
   - Carta Extrajudicial a Caribe Ex Worldwide, por correo certificado.
   - **CON UN TOTAL DE CINCO (5) HORAS TRABAJADAS APROXIMADAMENTE.**

II. **MOCIONES Y DOCUMENTOS RADICADOS**
   - Moción de Representación Legal, del día 4 de abril del 2008.
   - Demanda Radicada en el Tribunal de Primera Instancia, Sala Superior de Bayamón, bajo **Caso Civil Número DDP-2008-0340**.
   - Moción Sometiendo Emplazamientos diligenciados y solicitando señalamiento.
   - Moción de Desistimiento Parcial.
   - Contestación a Primer Pliego de Interrogatorio, el 28 de octubre del 2008.
   - Moción Informativa sometiendo Pliego de Interrogatorio, el día 3 de diciembre del 2009.
   - Primer Pliego de Interrogatorio del día 3 de diciembre del 2009.
   - Moción en Cumplimiento de Orden, del día 17 de diciembre del 2009.
   - Contestación a Segundo Interrogatorio en torno a perito, del día 29 de diciembre del 2009.
   - Moción Informativa Sometiendo Curriculum Vitae, del día 29 de diciembre del 2009.
   - Moción Informativa en Cumplimiento de Regla, del día 30 de diciembre del 2009.
   - Contestación a Tercer Interrogatorio, del día 8 de febrero del 2010.
   - Moción Informativa en Cumplimiento de Regla, del día 12 de febrero del 2010.
   - Informe Manejo de Caso, del día 22 de noviembre del 2010.

MENDEZ RIVERA LAW OFFICES, P.S.C.
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
Tel./Fax: (787)270-1966

- Moción Informativa sometiendo Informe Pericial, del día 23 de diciembre del 2010.
- Verified Statement pursuant to Local Rule 2014, to United State Bankruptcy Court For District of Puerto Rico.
- Moción Solicitando Enmienda a las Alegaciones.
- Demanda Enmendada, sobre Daños y Perjuicios.
- Segunda Moción Solicitando Enmienda a las Alegaciones en Cumplimiento de Orden.
- Contestación a Pliego de Interrogatorio, Solicitud de Producción de Documentos y Requerimiento de Admisiones Limitado al Aspecto de Condiciones Físicas Preexistentes, del día 7 de noviembre del 2011.
- Moción Informativa en Cumplimiento de Regla, del día 11 de noviembre del 2011.
- Moción Informativa y en Solicitud de Orden, del día 20 de enero del 2012.
- Moción Informativa en Cumplimiento de Regla, del día 12 de enero del 2012.
- Informe de Conferencia con Antelación al Juicio, del día 27 de diciembre del 2012.
- **CON UN TOTAL DE CINCUENTA (55) HORAS TRABAJADAS APROXIMADAMENTE.**

III. **CARTAS E EMAILS**

- Carta del día 24 de abril del 2013, al Lcdo. Guardiola.
- Carta al Lcdo. Guardiola, del día 19 de junio del 2013.
- Carta a la Lcda. Marta Vera, del día 14 de septiembre del 2012.
- Carta a la Lcda. Marta Vera, del día 23 de abril del 2012.
- Carta a la Lcda. Marta Vera, del día 18 de abril del 2012.
- Carta al Dr. Suarez, del día 2 de marzo del 2012.
- Carta al Dr. Suarez, del día 1 de febrero del 2012.
- Carta a la Lcda. Marta Vera, del día 1 de febrero del 2012.
- Carta a la Lcda. Marta Vera, del día 10 de marzo del 2011.
- Carta al Dr. Suarez, del día 27 de Octubre del 2011.



**MÉNDEZ RIVERA LAW OFFICES, P.S.C.**
M&R Professional Offices
700 Carretera #2 Suite 101
Vega Alta, PR 00692
Tel./Fax: (787)270-1966

- Carta a la Lcda. Marta Vera, del día 29 de septiembre del 2011.
- Carta al Dr. Suarez, del día 30 de agosto del 2011.
- Carta a la Lcda. Marta Vera, del día 19 de agosto del 2011.
- Carta al Lcdo. Félix M. Zeno Gloró, del día 2 de agosto del 2011.
- Carta al Lcdo. Zeno Gloró, del día 26 de julio del 2011.
- Carta al Lcdo. Zeno Gloró, del día 3 de junio del 2011.
- Y alrededor de 26 comunicados por vía Fax y 16 comunicados por emails.
- **CON UN TOTAL DE DIEZ (15) HORAS TRABAJADAS APROXIMADAMENTE.**

IV. **HORAS FUERA DEL TRIBUNAL**
- Evaluación y análisis del caso.
- Vistas celebradas y reuniones entre abogados.
- **CON UN TOTAL DE DIEZ (10) HORAS TRABAJADAS APROXIMADAMENTE.**

De tener alguna duda o pregunta favor de comunicarse a nuestra oficina al (787) 270-1966, muchas gracias.

Atentamente,

Méndez Rivera Law Offices, P.S.C.
Lcda. Enid T. Méndez Rivera

Por: Carmen Schelmetty
    Asistente Legal
    EMR/cs

# ENID TERESA MENDEZ RIVERA

M&R PROFESSIONAL OFFICES
700 CARRETERA #2 Suite 101
VEGA ALTA, PUERTO RICO 00692
Tel: 787-270-1966 Fax: 787-270-1966

## Curriculum Vitae

**CURRENT**

Attorney at Law, Litigation, Notary Public, PR courts licenced lawyer

Received her Juris Doctor's degree in 2002 from Eugenio Maria de Hostos Law School and a Bachelor degree in 2000 from the Interamerican University of Puerto Rico. Member of the Colegio de Abogados de Puerto Rico and President of Mendez Rivera Law Offices PSC in Vega Alta, P.R.

**SKILLS:**

| | |
|---|---|
| Business and management experience | Problems solving techniques |
| Accounting Experience | Team working skills |
| Ability to write any kind of legal document skills | Excellent interpersonal communication |
| Excellent handling of the computer | Ability to manage computer programs |
| Management skills | Computers, Word, Excel, Power Point skills |
| Organizational Skills | |

Experience

Commercial real estate transactions; individuals, real estate and business litigation; representation as general counsel of small and medium sized businesses; corporations and limited liability companies; corporate law; wills, trusts and probate; foreclosures; construction contracts and disputes; commercial leasing. Notary services. Real estate closings, title clearance, residential real estate litigation.

**WORK EXPERIENCE:**

APRIL 2005 TO PRESENT:
        PRESIDENT MENDEZ RIVERA LAW OFFICES PSC
        (8 years 3 months) 700. #2 St. Suite 101, Vega Alta, PR. 00692
        Law Firm

2004 – 2005:        In House Counsel, Miramar Real State, Management

| | |
|---|---|
| 2000 - 2002: | Legal Practice Clinics Domestic Violence, Eugenio Maria de Hostos Law School, Human Resources Consultant Zeam Consultant, Mayaguez, PR |
| 1992 - 2003: | Caribe GE (11 years 7 months) Añasco Industrial Park Materials & Production Manager. |
| 1991 - 1992: | BUYER- Caribe GE, Añasco Industrial Park |

## EDUCATION

**Facultad de Derecho Eugenio Maria de Hostos**

**Juris Doctor, International Law and Legal Studies, JD 1999 – 2002**

Juris Doctor - Mediador - labor law

**Universidad Católica Recinto de Mayagüez**

**Maestría Recursos Humanos** 1995-1998

**Universidad Interamericana de P.R.**

**Bachillerato en Administración de Empresas con Concentración en Contabilidad**

**(Magna Cum Laude)** 1992

**Colegio de Mayagüez (RUM) - Psicology** 1977 al 1978

**Escuela Superior Alcides Figueroa - General-** 1976

## LICENSURE AND CERTIFICATIONS

Full unrestricted license to practice as a law professional in Puerto Rico
Mediation Certified
Accountant

## LANGUAGES

Spanish and English (Fluent written and spoken)

EN EL TRIBUNAL GENERAL DE JUSTICIA DE PUERTO RICO
TRIBUNA DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| MILTON SOSA TORRES, CYNTHIA CASERES, Y LA SOCIEDAD DE BIENES GANANCIALES COMPUESTA POR AMBOS<br>**Demandante**<br><br>Vs.<br><br>CARIBE FREIGHT FORWARDING OF PR, INC., COMPAÑÍAS ASEGURADORAS ADJUSTERS, INC., REAL LEGACY ASSURANCE<br>**Demandados** | Civil Núm.: 2008-0340<br><br>SALON 501<br><br>Sobre: DAÑOS Y PERJUICIOS |

# DEMANDA

**AL HONORABLE TRIBUNAL**

**COMPARECE** el demandante en el epígrafe, el Sr. **Milton Sosa Torres**, representado por la Abogada que suscribe y muy respetuosamente, ante este Honorable Tribunal, **EXPONE, ALEGA Y SOLICITA:**

1. Que su nombre es, Milton Sosa Torres, con Seguro Social 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, casado con Cynthia Caseres, mayor de edad, quien ocupa el puesto de "Mail Handler", para la compañía United States Postal Services, y con dirección física y postal en la Urbanización Santa Rita, Calle 4, Número C-33, Vega Alta, PR 00692.

2. Que el 22 de agosto de 2006, entre 6:30 a 7:00 a.m., el reclamante el Sr. Milton Sosa Torres, se encontraba descargando un vagón, con número "APLU 458673", en la zona de desembarque en el área de manejo y distribución de materiales del United States Postal Services en Cataño, Puerto Rico.

3. Que el referido vagón pertenecía y estaba registrado a nombre de CaribEx Worldwide, ubicado en la Carretera 110, Kilómetro 1.6, Barrio Arenales, en Aguadilla, Puerto Rico, y que estaba cargado de material en paletas perteneciente a ABC Distributors, una compañía en los Estados Unidos, que vende mercancía vía catálogos a Puerto Rico.

4. Que mientras el Sr. Sosa Torres, manejaba la carga con el montacargas, el neumático izquierdo, el piso cede cayendo a un hueco y haciendo una sólida caída que se refleja en un agudo dolor en la parte baja de su espalda y que se extiende a través de su pierna izquierda.

5. Que una vez ocurre el incidente corrobora el reclamante, Sr. Milton Sosa Torres, que se había lastimado su espalda superior, su espalda baja, y su pierna y rodilla izquierda.

6. Que el piso de dicho vagón no se encontraba en condiciones para su uso y que dicho piso cedió formando un hueco que provocó la caída del montacargas sin que el operador pudiera identificar que representaba un peligro.

7. Que desde entonces ha tenido que visitar a su médico en múltiples ocasiones para recibir tratamiento y atención médica ya que los golpes recibidos le lastimaron de manera alarmante su espalda, espalda baja y pierna izquierda, teniendo que ser sometido a tratamiento de antibióticos, anti-inflamatorios, terapias y hasta medicamentos para dormir para así soportar el dolor por los daños causados.

8. Que todos los costos médicos del referido accidente han sido cubiertos por el reclamante y no ha tenido beneficio alguno de cubierta económica ni médica para cubrir los costos que esta situación le ha generado.

9. Que ha sufrido necesidades económicas, cambios severos en su estilo de vida así como serias limitaciones que han afectado hasta en el pago de sus deudas, y tanto él como su familia se han visto perjudicados, ya que debido a este accidente no pudo trabajar desde 22 de agosto de 2006, hasta 4 de julio de 2007, en consecuencia por diez meses y medio no pudo generar ingresos que lo limitaron hasta en la cubierta de sus necesidades diarias y el sostén de su familia.

10. Que CaribEx Worldwide, mantenía el vagón número "APLU 458673", en operaciones exponiendo a los trabajadores, sin mantenerlo en condiciones de seguridad tales que las personas inducidas a penetrar en el mismo no sufrieran ningún daño.

11. Que el incumplimiento de este deber por parte del propietario y sus empleados es fuente de responsabilidad contractual, Coto v. Consolidates, 116 DPR 644, Colón V. K-Mart, 2001 JTS 98.

12. Que CaribEx Worldwide, y sus aseguradoras incurrieron en responsabilidad por negligencia, ya que tales condiciones peligrosas, eran de conocimiento de los respectivos dueños o administradores, o su conocimiento podía imputársele en vista de que esas áreas estaban bajo el control absoluto de éstos y naturalmente deben cargan con las consecuencias resultantes y sobre todo no ejercitaron el cuidado debido para repararlo ni evitar el riesgo que produjo el daño a el reclamante.

13. Que de haber identificado, señalado o advirtiendo en el área donde estaban trabajando, el reclamante no hubiera tenido el accidente.

14. Que debido a la continuidad de los dolores y los daños causados al demandante, tuvo que visitar médicos, incluyendo fisiatras, ortopedas, neurólogos y hasta psiquiatras para ser atendido por los daños causados por el referido accidente.

15. Que como consecuencia del accidente fue referido a varios exámenes, evaluaciones médicas, medicamentos y terapias.

16. Que por los daños sufridos durante y la limitación de trabajar durante los diez meses y medio, después de este accidente se ha visto forzado a vivir de sus ahorros, situación que le ha provocado daños, gastos médicos, sufrimientos, angustias mentales.

17. Que el pasado 28 de septiembre de 2006, se envió notificación sobre reclamación a CaribEx Worldwide, y una segunda notificación fue enviada el 3 de octubre de 2006.

18. Que CaribEx Worldwide y los demandados son responsables por los daños físicos, morales, daño emergente o real, menoscabo del potencial para generar ingresos y angustias mentales provocados a la esposa del demandante la Sra. Cynthya Caseres, así como a la Sociedad legal de gananciales compuesta por ésta y el demandante como resultado de la condición mantenida en el vagón que causó los daños a el demandante, así como su falta de previsibilidad para evitarlos.

19. Que CaribEx Worldwide y los demandados de manera negligente, mantuvieron una condición peligrosa en sus facilidades, la cual era conocida de sus propietarios o administradores y no ejercitaron el cuidado debido para repararlo ni evitar el riesgo que produjo el daño a el demandante. Que de no haber estado el hueco en el suelo el demandante no hubiera tenido el accidente que causo los daños.

20. Que CaribEx Worldwide y los demandados no han asistido al demandante, de manera real alguna después de haberle causado el daño y se han limitado a contestar sus llamadas sin ofrecer alternativas validas para ayudar a subsanar el daño causado.

21. Que el presente caso están presentes los tres (3) requisitos que tienen que concurrir para que prospere una acción de daños y perjuicios bajo el Artículo 1802, del Código Civil de Puerto Rico, a saber: ocurrencia de un daño; un acto u omisión culposo y negligente por parte del demandado; y relación causal entre el daño sufrido por la parte demandante y la acción u omisión culposa y negligente de parte demandada. Hernández v. Fournier, 80 D.P.R. 93, 96 1 (1957).

22. Los referidas reclamaciones monetarias se detallan y distribuyen de la siguiente forma: por daños físicos a Milton Sosa Torres, la cantidad de $100,000.00, por daños morales, angustias mentales $75,000.00, por salarios dejados de devengar $100,000.00, más $10,000.00 en gastos legales, costas, y honorarios de abogados.

23. Que las referidas partidas en el inciso anterior deben ser sometidas a la aplicación del interés legal vigente a partir de la radicación de la demanda.

**POR TODO LO CUAL**, respetuosamente se solicita de este Honorable Tribunal que declare **CON LUGAR** esta demanda y en su consecuencia condene a los demandados a pagar a la parte demandante la indemnización del valor total de los daños y los gastos, costas y honorarios de abogado.

**RESPETUOSAMENTE SOMETIDO**, en San Juan, Puerto Rico, a 4 de abril de 2008.

**CERTIFICO:** Haber enviado copia fiel y exacta del presente escrito a *Adjusters, Inc.*, a la siguiente dirección: **PO Box 360335, San Juan, PR 00936-0335**, *Real Legacy Assurance Co.*, a la siguiente dirección: **PO Box 71467, San Juan, P.R. 00936-8567** y *CaribeEx Worldwide*, a la siguiente dirección: PO Box 250460, Aguadilla, PR 00604.

**MÉNDEZ RIVERA LAW OFFICES, P. S. C.**
Urbanización Santa Rita
Carretera 678, Bloque A-15
Vega Alta, PR 00692
Tel./Fax: (787) 270-1966

Por: **LCDA. ENID T. MÉNDEZ RIVERA**
Colegiada Número 16786






**11-04439-ESL13** MILTON ELLIOT SOSA TORRES
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** ENRIQUE S. LAMOUTTE INCLAN
**Date filed:** 05/27/2011 **Date of last filing:** 10/27/2011 **Plan confirmed:** 08/11/2011

# Creditors

**BANCO BILBAO VIZCAYA ARGENTARIA**

ANGEL M. VAZQUEZ BAUZA (3255568)
PO BOX 191017 (cr)
SAN JUAN PR 00919-1017

**BBVA PUERTO RICO**
POB 364745 (3227428)
SAN JUAN, PR 00936 (cr)

**CARIBE FEDERAL CREDIT**
195 O NEILL ST (3227429)
SAN JUAN, PR 00918 (cr)

**CARIBE FEDERAL CREDIT UNION**
195 O NEILL STREET (3227430)
SAN JUAN, PR 00918-2404 (cr)

**CLARO**
PO BOX 360998 (3227431)
SAN JUAN, PR 00936 (cr)

**DEPARTMENT OF TREASURY**
BANKRUPTCY SECTION (SUITE 1504) (3227432)
235 AVE. ARTERIAL HOSTOS (cr)
SAN JUAN, PR 00918-1454

**DORAL BANK**
PO BOX 71528 (3227433)
San Juan, PR 00936-8628 (cr)

**DORAL BANK**
P.O. BOX 70308 (3329690)
SAN JUAN, P.R. 00936-8308 (cr)

**HUD**
MIISHA KENNEDY (3238150)
2488 E 81 ST SUITE 700 (cr)
TULSA OK 74137

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATION (3227434)
PO BOX 7346 (cr)
PHILADELPHIA, PA 19101-7346

**LCDO IVAN SANCHEZ LIMARDO**
PO BOX 363046 (3227435)
SAN JUAN, PR 00936-3046 (cr)

**NYS OTDA**
PO BOX 14 (3227436)
ALBANY, NY 12201 (cr)

**PENTAGROUP FINANCIAL LLC**

5959 CORPORATE DRIVE SUITE 1400   (3227437)
HOUSTON, TX 77036   (cr)

**RG PREMIER**
AQUARIUS VACATION   (3227438)
PO BOX 2510   (cr)
GUAYNABO, PR 00970-2510

**TD RCS/ADVANCE AUTO**
1000 MACARTHUR BLVD   (3227439)
MAHWAH, NJ 07430   (cr)

**TD Retail Card Services**
c/o Creditors Bankruptcy Service   (3247259)
P O Box 740933   (cr)
Dallas,Tx 75374

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/19/2013 16:46:55 | | | |
| PACER Login: | fz0002 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 11-04439-ESL13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |